# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 185 EAL 2020
:
       Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
DONOVAN COSBY, :
:
       Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 186 EAL 2020
:
       Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
DONOVAN COSBY, :
:
       Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 187 EAL 2020
:
       Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
:
DONOVAN COSBY, :
:
       Petitioner :

**<u>ORDER</u>**


**PER CURIAM**

  **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.